THE LAW OFFICES OF
**JEFFREY E. GOLDMAN**
260 MADISON AVE., 15TH FLOOR
NEW YORK, NY 10016
(212) 983-8999
Fax (646) 693-2289
Jeff@JGoldmanlaw.com

February 23, 2026

Hon. Philip M. Halpern
United States District Court
300 Quarropas Street, Room 530
White Plains, NY 10601-4150

> Application granted. The pre-motion conference scheduled for March 31, 2026 is adjourned to April 21, 2026 at 10:30 a.m., using the same dial-in instructions previously provided.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 14.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 24, 2026

Re: Ozone Refrigeration, LLC v. Peter Ochoa
Case No. 7:25-cv-10768-PMH
First Letter Motion Requesting an Adjournment of
Telephone Conference on March 31, 2026.

Dear Judge Halpern,

I am requesting an adjournment of the telephone conference set for March 31, 2026 at 10 am. I have prepaid family vacation schedule for March 27 to April 5. This is the first request for an adjournment. My adversary has consented to the requested adjournment.

Thank you for considering my request.

Very truly yours,
/s/ Jeffrey E. Goldman
Jeffrey E. Goldman