UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OZONE REFRIGERTION, LLC,

                    Plaintiff,

     v.

PETER OCHOA

                  Defendant,

Case No. 7:25-cv-10768-PMH

**NOTICE OF MOTION FOR
DISMISSAL OF COMPLAINT
PURSUANT TO 12(B)(6)**

---

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of

law, Declaration of Attorney Jeffrey E. Goldn̶ ̶

Defendant Peter Ochoa, by and through his u̶n̶ ̶

Court before the Hon. Philip M. Halpern, at th̶ ̶

Quarubas Street, Room 530, White Plains, NY̶ ̶

21, 2026 or another time and date selected by ̶

Defendant's motion dismissing with prejudice̶ ̶

pursuant to Fed. R. Civ. P 12(b)(6) and Fed. R. Civ. P. 9(b), and granting such

other and further relief as the Court deems just and proper.

> Motion denied without prejudice. The pre-motion conference on Defendant's anticipated motion to dismiss will take place as scheduled on April 21, 2026 at 10:30 a.m. (*See* Docs. 13, 15).
>
> The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 16.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>       March 16, 2026

Dated: March 13, 2026
New York, NY

                              Respectfully Submitted

                              /s/ Jeffrey E Goldman
                              Jeffrey E. Goldman
                              **LAW OFFICES OF**
                              **JEFFREY E. GOLDMAN**
                              260 Madison Ave, 15th Floor
                              New York, NY 10016
                              (212) 983-8999
                              Jeff@JGoldmanlaw.com
                              *Attorneys for Defendant Peter Ochoa*

2