UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OZONE REFRIGERATION, LLC,

Plaintiff,

-against-

PETER OCHOA,

Defendant.

**ORDER**

25-CV-10768 (PMH)

PHILIP M. HALPERN, United States District Judge:

There is currently a fully briefed motion to dismiss pending before the court, filed by Defendant Ochoa on June 9, 2026. (*See* Docs. 20-23). On August 4, 2026, however, Defendant Ochoa filed a standalone "Counterclaim," and associated requests for the issuance of summonses (Docs. 24, 25, 26). Plaintiff's alleged "Counterclaim" is not properly before this Court.

Rule 13 provides that a counterclaim shall be stated in a pleading. Fed. R. Civ. P. 13(a), (b), (e). Rule 7(a) in turn provides a list of the "only" pleadings allowed, and a "counterclaim" is not listed in that rule. Fed. R. Civ. P. 7(a). Simply put, a party may not file a standalone counterclaim as its own pleading. *See* 5 Wright & Miller, Fed. Prac. & Proc. Civ. §§ 1183, 1184 (4th ed.); *see also KAABOOWorks Servs., LLC v. Pilsl*, No. 17-CV-02530, 2019 WL 1979927, at *4 (D. Colo. May 3, 2019) ("[A] counterclaim filed as a standalone document is improper; a counterclaim incorporated into an answer is proper."); *Bernstein v. IDT Corp.*, 582 F. Supp. 1079, 1089 (D. Del. 1984) ("Thus, because General Dynamics has filed no pleading, its counterclaims must be dismissed and/or stricken at this juncture."); *Rastelli Partners, LLC v. Baker*, No. 23-CV-02967, No. 23-CV-03126, 2025 WL 1937606, at *5 (D.N.J. July 15, 2025).

Accordingly, the Court respectfully directs the Clerk of Court to strike the materials docketed on August 4, 2026 (Docs. 24, 25, 26) from the docket but retain the summary docket text for the record.

Dated: White Plains, New York
August 5, 2026

Philip M. Halpern
United States District Judge